John TILLER, Movant–Respondent,

v.

STATE of Missouri, Respondent–Appellant.

No. 55285.

Missouri Court of Appeals, Eastern District, Division One.

May 23, 1989.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent-appellant.

Donald L. Wolff, Clayton, for movant-respondent.

ORDER

The state appeals from the grant, without an evidentiary hearing, of movant's Rule 24.035 motion. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).